| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Kubota | Order Filed on December 30, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>    Behar Leka, Shpresa Q. Leka<br><br>Debtors. | Case No.: 17-11265 RG<br><br>Adv. No.:<br><br>Hearing Date: 12/18/19 @ 10:00 a.m.<br><br>Judge: Rosemary Gambardella |

# ORDER RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: December 30, 2019**

_Rosemary Gambardella_
Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**
Debtors:  Behar Leka, Shpresa Q. Leka
Case No:  17-11265 RG
Caption of Order:  ORDER RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Kubota, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to KUBOTA BX25DLB-T-1, VIN: 24003, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Herbert B. Raymond, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of December 11, 2019, Debtor has cured the post-petition arrears; and

It is further **ORDERED, ADJUDGED and DECREED** that regular payments are to resume January 1, 2020, directly to Secured Creditor Kubota Credit Corporation, P.O. Box 2313, Carol Stream, Illinois 60132-2313; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.