**Order Filed on March 9, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond & Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax (408) 519-6711
Voice-mail (815) 642-4613
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)
```

| | |
|---|---|
| In Re: | Case No.: 17-11265 RG |
| | Adv. No.: |
| BEHAR LEKA | |
| SHPRESA Q. LEKA, DEBTOR(S) | Hearing Date: 3/4/20 @ 10:00 A.M. |
| | Judge: |

ORDER CANCELLING AND DISCHARGING JUDGMENT LIEN

    The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: March 9, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2

Debtor: Behar Leka

    Shpresa Q. Leka, Debtor(s)

Case no.: 17-11265 RG

Caption of order: Order Cancelling and Discharging Judgment Lien

_____

1. That the judicial/judgment lien held by Community Bank of Bergen County, in and on real property owned by the Debtor located at 346 Changebridge Rd., Pine Brook, NJ 07058, entered of record in the Superior Court of New Jersey as follows:

    a. Community Bank of Bergen County

        i. Community Bank of Bergen County

        ii. Judgment Number: J-209299-10

        iii. Docket Number: L-010930-09

        iv. Judgment Enter Date: August 12, 2010

        v. Judgment Filing Date: April 29, 2010

        vi. Court: LCV

        vii. Venue: Bergen County

        viii. Judgment Amount: $52,466.58 plus counsel fees, interest and costs

be and is hereby avoided and cancelled.

2. The Clerk of the Superior Court is ordered to cancel, release and/or remove this lien from the judgment index.

3. That any and all credit reporting agencies shall honor and comply with this Order by removing and deleting the foregoing liens/judgment from any and all credit reports for the debtor/defendant, Behar Leka and Shpresa Q. Leka.