UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond & Raymond
Attorneys at Law
7 Glenwood Avenue, 4ᵀᴴ Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax (408) 519-6711
Voice-mail (815) 642-4613
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)

**Order Filed on March 9, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

BEHAR LEKA
SHPRESA Q. LEKA, DEBTOR(S)

Case No.: 17-11265 RG

Adv. No.:

Hearing Date: 3/4/20 @ 10:00 A.M.

Judge:

ORDER CANCELLING AND DISCHARGING JUDGMENT LIEN

    The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: March 9, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2

Debtor: Behar Leka

      Shpresa Q. Leka, Debtor(s)

Case no.: 17-11265 RG

Caption of order: Order Cancelling and Discharging Judgment Lien

_____

    1. That the judicial/judgment lien held by Community Bank of Bergen County, in and on real property owned by the Debtor located at 346 Changebridge Rd., Pine Brook, NJ 07058, entered of record in the Superior Court of New Jersey as follows:

        a. Community Bank of Bergen County

            i. Community Bank of Bergen County

            ii. Judgment Number: J-209299-10

            iii. Docket Number: L-010930-09

            iv. Judgment Enter Date: August 12, 2010

            v. Judgment Filing Date: April 29, 2010

            vi. Court: LCV

            vii. Venue: Bergen County

            viii. Judgment Amount: $52,466.58 plus counsel
                fees, interest and costs

be and is hereby avoided and cancelled.

    2. The Clerk of the Superior Court is ordered to cancel, release and/or remove this lien from the judgment index.

    3. That any and all credit reporting agencies shall honor and comply with this Order by removing and deleting the foregoing liens/judgment from any and all credit reports for the debtor/defendant, Behar Leka and Shpresa Q. Leka.

United States Bankruptcy Court
District of New Jersey

In re:  
Behar Leka  
Shpresa Q Leka  
    Debtors

Case No. 17-11265-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 11, 2020  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2020.  
db/jdb          +Behar Leka,    Shpresa Q Leka,    346 Changebridge Rd.,    Pine Brook, NJ 07058-9714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2020 at the address(es) listed below:  
          Denise E. Carlon    on behalf of Creditor    Kubota dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Herbert B. Raymond    on behalf of Debtor Behar  Leka herbertraymond@gmail.com, raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com  
          Herbert B. Raymond    on behalf of Joint Debtor Shpresa Q Leka herbertraymond@gmail.com, raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com  
          Janine A. Getler    on behalf of Creditor    Community Bank of Bergen County, NJ jgetler@ggpclaw.com,   mstoll@ggpclaw.com;akrane@ggpclaw.com  
          John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com  
          Kevin Gordon McDonald    on behalf of Creditor    Kubota kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Marie-Ann  Greenberg    magecf@magtrustee.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                        TOTAL: 8