UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond & Raymond
Attorneys at Law
7 Glenwood Avenue, 4ᵀᴴ Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax (408) 519-6711
Voice-mail (815) 642-4613
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)

**Order Filed on May 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

BEHAR LEKA
SHPRESA Q. LEKA, DEBTOR(S)

Case No.: 17-11265 RG

Adv. No.:

Hearing Date: 3/4/20 @ 10:00 A.M.

Judge:

MODIFIED ORDER CANCELLING AND DISCHARGING JUDGMENT LIEN

    The relief set forth on the following pages two (2) through three (3), is hereby **ORDERED**.

**DATED: May 15, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2

Debtor: Behar Leka

      Shpresa Q. Leka, Debtor(s)

Case no.: 17-11265 RG

Caption of order: Modified Order Cancelling and Discharging Judgment Lien

_____

    1. That the judicial/judgment lien held by Community Bank of Bergen County, in and on real property owned by the Debtor located at 346 Changebridge Rd., Pine Brook, NJ 07058, entered of record in the Superior Court of New Jersey as follows:

        a. Community Bank of Bergen County
            i. Community Bank of Bergen County
            ii. Judgment Number: J-209299-10
            iii. Docket Number: L-010930-09
            iv. Judgment Docket No.: BER-L-010930-09
            v. Judgment Enter Date: August 12, 2010
            vi. Judgment Filing Date: April 29, 2010
            vii. Court: LCV
            viii. Venue: Bergen County
            ix. Judgment Amount: $52,466.58 plus counsel fees, interest and costs

be and is hereby avoided and cancelled.

    2. The Clerk of the Superior Court is ordered to cancel, release and/or remove this lien from the judgment index.

    3. That any and all credit reporting agencies shall honor and comply with this Order by removing and deleting the foregoing liens/judgment from any and all credit reports for the

Page 3

Debtor: Behar Leka

      Shpresa Q. Leka, Debtor(s)

Case no.: 17-11265 RG

Caption of order: Modified Order Cancelling and Discharging Judgment Lien

_____

debtor/defendant, Behar Leka and Shpresa Q. Leka.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-11265-RG
Behar Leka                                                                Chapter 13
Shpresa Q Leka
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 1            Date Rcvd: May 15, 2020
                            Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2020.
db/jdb          +Behar Leka,    Shpresa Q Leka,    346 Changebridge Rd.,    Pine Brook, NJ 07058-9714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Kubota dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Behar  Leka herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              Herbert B. Raymond    on behalf of Joint Debtor Shpresa Q Leka herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              Janine A. Getler    on behalf of Creditor    Community Bank of Bergen County, NJ
               jgetler@ggpclaw.com,    mstoll@ggpclaw.com;akrane@ggpclaw.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Kubota kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8