Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 17−11265−RG
> Chapter: 13
> Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Behar Leka | Shpresa Q Leka |
| aka Joe Leka | aka Shpresa Leka |
| 346 Changebridge Rd. | 346 Changebridge Rd. |
| Pine Brook, NJ 07058 | Pine Brook, NJ 07058 |

Social Security No.:
 xxx−xx−8933                                          xxx−xx−8905

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 6, 2020</u>        <u>Rosemary Gambardella</u>
                Judge, United States Bankruptcy Court