UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond & Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax (408) 519-6711
Voice-mail (815) 642-4613
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)

Order Filed on July 13, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

BEHAR LEKA
SHPRESA Q. LEKA, DEBTOR(S)

Case No.: 17-11265 RG

Adv. No.:

Hearing Date: 7/721 @ 10:00 A.M.

Judge:

## ORDER CANCELLING AND DISCHARGING
## JUDGMENT LIEN OF REGION OIL CO.

The relief set forth on the following pages two (2) through three (3), is hereby **ORDERED**.

DATED: July 13, 2021

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2

Debtor: Behar Leka

      Shpresa Q. Leka, Debtor(s)

Case no.: 17-11265 RG

Caption of order: Order Cancelling and Discharging Judgment Lien Of Region Oil Co.

_____

   1. That the judicial/judgment lien held by Region Oil Co., in and on real property owned by the Debtors located at 346 Changebridge Rd., Pine Brook, NJ 07058, entered of record in the Superior Court of New Jersey as follows:

      a. Region Oil Co. vs. Shpressa [Sic Shpresa] Leka
         i. Judgement Number: DJ-208045-15
         ii. Docket No.: SC-001356-14
         iii. Judgment Enter Date: November 12, 2015
         iv. Judgment Filing Date: April 6, 2015
         v. Venue: Morris County
         vi. Amount: $2,333.64 plus interest, costs, docketing fees and attorneys fees.
         vii. Court: SCP
         viii. Filing Location: Morris
         ix. Processing Location: Morris
         x. VJ-1800-15

be and is hereby avoided and cancelled.

   2. The Clerk of the Superior Court is ordered to cancel, release and/or remove this lien from the judgment index.

   3. That any and all credit reporting agencies shall honor and comply with this Order by removing and deleting the foregoing

Page 3

Debtor: Behar Leka

      Shpresa Q. Leka, Debtor(s)

Case no.: 17-11265 RG

Caption of order: Order Cancelling and Discharging Judgment Lien Of Region Oil Co.

_____

liens/judgment from any and all credit reports for the debtor/defendant, Shpressa [Sic Shpresa] Q. Leka.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-11265-RG |
| Behar Leka | Chapter 13 |
| Shpresa Q Leka | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 13, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Behar Leka, Shpresa Q Leka, 346 Changebridge Rd., Pine Brook, NJ 07058-9714 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 15, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor Kubota dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Herbert B. Raymond | |
| | on behalf of Debtor Behar Leka herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Herbert B. Raymond | |
| | on behalf of Joint Debtor Shpresa Q Leka herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Janine A. Getler | |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 13, 2021 | Form ID: pdf903 | Total Noticed: 1 |

|   |   |
|---|---|
|   | on behalf of Creditor Community Bank of Bergen County  NJ jgetler@ggpclaw.com, mstoll@ggpclaw.com;akrane@ggpclaw.com |
| John R. Morton, Jr. | on behalf of Creditor CAB East LLC  serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Kubota kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8